## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**ANTHONY C. CARTER,**

      **Plaintiff,**

**v.**                                        **Case No.: 8:23-cv-01775-AAS**

**KILOLO KIJAKAZI,**
**Acting Commissioner of**
**Social Security Administration,**

      **Defendant.**
_____/

## ORDER

The Commissioner of Social Security (Commissioner) moves to remand this case for further action under sentence four of 42 U.S.C. § 405(g). (Doc. 19). This request is unopposed. (*Id.* at 1).

Accordingly, the decision of the Commissioner is reversed under sentence four of 42 U.S.C. § 405(g) and remanded to the Commissioner for these reasons:

> On remand, the Commissioner will further consider the medical evidence, take any additional action necessary to complete administrative record, obtain supplemental vocational expert evidence if needed, and issue a new decision.

The Clerk of the Court is directed to enter judgment in favor of the plaintiff and close the file.

1

**ORDERED** in Tampa, Florida on October 11, 2023.

AMANDA ARNOLD SANSONE
United States Magistrate Judge